IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| GAIL COLIE, ET AL., <br><br> *Plaintiffs,* <br><br> v. <br><br> CARTER BANK & TRUST, INC., <br><br> *Defendant.* | CIVIL ACTION NO. 3:09-CV-00086 <br><br><br> <u>ORDER</u> <br><br><br> JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying memorandum opinion, Defendant's motion to dismiss (docket no. 5) is DENIED.

It is so ORDERED.

The Clerk of the Court is directed to send a certified copy of this order and the accompanying memorandum opinion to all counsel of record.

Entered this __19th__ day of May, 2010.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE