IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| GAIL COLIE, ET AL., *Plaintiffs,* v. CARTER BANK & TRUST, INC., *Defendant.* | CIVIL ACTION NO. 3:09-CV-00086 ORDER JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying memorandum opinion, Defendant's motion for summary judgment (docket no. 29) is GRANTED. Any pending motions are hereby DENIED as MOOT, and this matter is STRICKEN from the court's active docket.

It is so ORDERED.

The Clerk of the Court is directed to send a certified copy of this order and the accompanying memorandum opinion to all counsel of record.

Entered this  28th  day of October, 2010.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE